No. 11–5202. LOPEZ v. MARTUSCELLO, SUPERINTENDENT, COXSACKIE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–5203. JACKSON v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 11–5205. LOUSTAU v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–5206. GUZMAN v. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–5207. McCLELLAN v. MARSHALL ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5208. HIDALGO v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5209. HARRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5213. STINSON v. NEBRASKA FURNITURE MART. Ct. App. Neb. Certiorari denied.

No. 11–5214. FREDERICK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–5215. GRANADOS-ARVIZU v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5216. FELDER v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 11–5217. GILLILAND v. TURNER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5219. HORNE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–5220. FRAZIER v. CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–5221. FREITAG v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.